UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-5843-DMG (PLAx)** | Date | September 12, 2017 |
| Title | *Jonathan Solomon, et al. v. BMW of North America, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On August 9, 2017, the Court set a Scheduling Conference. [Doc. # 7.] As required by the Court's August 9, 2017 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report. To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that Plaintiffs show cause in writing no later than **September 19, 2017**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

The scheduling conference on September 22, 2017 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.